**Russell MOSS, Appellant**

v.

**COMMONWEALTH of Pennsylvania, PENNA. BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

July 20, 2015.

***ORDER***

PER CURIAM.

**AND NOW,** this 20th day of July, 2015, the order of the Commonwealth Court is **AFFIRMED.**